IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEAN CARLOS SANCHEZ, on behalf of himself and other persons similarly situated,<br><br>    Plaintiff,<br>v.<br><br>IDT TELECOM, INC. d/b/a BOSS REVOLUTION<br><br>    Defendant. | CIVIL ACTION NO 18-03153<br><br>JUDGE<br>GARY FEINERMAN<br><br>MAG. JUDGE<br>MARY M. ROWLAND |

### PLAINTIFF'S NOTICE OF SERVICE OF
### MANDATORY INITIAL DISCOVERY RESPONSES

PLEASE TAKE NOTICE that on June 1, 2018, Plaintiff Jean Carlos Sanchez, through his counsel of record, caused to be filed *Plaintiff's Notice of Service of Mandatory Initial Discovery Responses*, a copy of which was served upon all counsel of record via electronic mail on June 1, 2018.

**Respectfully submitted:**

*/s/ Roberto Luis Costales*

Roberto Luis Costales
William H. Beaumont
BEAUMONT COSTALES LLC
3151 W. 26th Street, Second Floor
Chicago, Illinois 60623
Telephone: (773) 831-8000
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2018, I served a copy of the foregoing on counsel for Defendants via the Court's CM/ECF system.

*/s/ Roberto Luis Costales*