IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEAN CARLOS SANCHEZ, on behalf of himself and other persons similarly situated,<br><br>    Plaintiff,<br>v.<br><br>IDT TELECOM, INC. d/b/a BOSS REVOLUTION<br><br>    Defendant. | CIVIL ACTION NO 18-03153<br><br>JUDGE<br>GARY FEINERMAN<br><br><br>MAG. JUDGE<br>MARY M. ROWLAND |

**AGREED STIPULATION OF DISMISSAL
AND CONSENT TO ARBITRATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jean Carlos Sanchez ("Plaintiff") and Defendant IDT Telecom, Inc. d/b/a Boss Resolution ("Defendant"), through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that in light of Defendant's pending Motion to Compel Arbitration (Dkt. No. 17), the parties have agreed to (i) proceed with arbitration on an individual, not class-wide, basis, and (ii) dismiss the case on an individual, not class-wide basis, without prejudice, and with Plaintiff reserving all claims arising from the facts alleged in this lawsuit for arbitration.

Dated: August 16, 2018                                                    Respectfully submitted,

By: /s/                                                                                   /s/
James A. Rolfes (SBN 6200271)                              Roberto Luis Costales
jrolfes@reedsmith.com                                              William H. Beaumont
Christopher R. Murphy (SBN 6302607)               BEAUMONT COSTALES LLC
crmurphy@reedsmith.com                                      3151 W. 26th Street, Second Floor
Karen E. Vaysman (SBN 6327730)                       Chicago, Illinois 60623
kvaysman@reedsmith.com                                    Telephone: (773) 831-8000
REED SMITH LLP                                                      *Attorneys for Plaintiff*
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 1.312.207.1000

Facsimile: 1.312.207.6400

*Counsel for Defendant*
*IDT Telecom, Inc. d/b/a Boss Revolution*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I served a copy of the foregoing on counsel for Defendant via the Court's CM/ECF system.

*/s/ Roberto Luis Costales*